UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **EDELSON V., L.P.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ENCORE NETWORKS, INC.,** *et al.*,<br><br>**Defendants.** | Civ. No. 2:11-5802 (KM)<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by Defendants Wesley Clover International Corporation a/k/a Wesley Clover Corporation ("Wesley Clover") and Sir Terence H. Matthews, through their counsel, Robert P. Haney, Jr., Esq., on a Motion pursuant to Fed. R. Civ. P. 12(b)(2) to dismiss the First Amended Complaint for lack of personal jurisdiction [ECF No. 18]; and Plaintiff, through its counsel, Jeffrey W. Lorell, Esq., having submitted papers in opposition to the Motion [ECF No. 29]; and Magistrate Judge Dickson having submitted a Report and Recommendation [ECF No. 37] as to the Motion; and Edelson having filed an Objection [ECF No. 38] to Magistrate Judge Dickson's Report and Recommendation; and Wesley Clover and Matthews having filed a Reply to Edelson's Objection [ECF No. 39]; and Plaintiff having filed a supplemental letter, dated September 13, 2012 [ECF No. 40]; and the Court, pursuant to Federal Rule of Civil Procedure 78, having considered all of the foregoing; for the reasons stated in the Opinion filed on this date, and for good cause shown:

**IT IS** this 11th day of October, 2012,

**ORDERED** that the Objection to Magistrate Judge Dickson's Report and Recommendation is denied, the Report and Recommendation is adopted in its entirety, and the Motion to Dismiss the First Amended Complaint for lack of personal jurisdiction [ECF 18] is **GRANTED** as to defendants Wesley Clover International Corporation and Sir Terence H. Matthews only.

_____
**KEVIN MCNULTY, U.S.D.J.**